April 30, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

WILLIAM WADE BARTLETT, Appellant

NO. 14-14-00058-CV                 V.

LORI LEE BARTLETT, Appellee

_____

        This cause, an appeal from the judgment in favor of appellee, Lori Lee Bartlett, signed October 22, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

        We order appellant, William Wade Bartlett, to pay all costs incurred in this appeal.

        We further order this decision certified below for observance.